THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MITCHELL RATH,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, a foreign corporation; and DAYMON WORLDWIDE, INC., as plan sponsor and administrator, a foreign corporation,

    Defendants.

Case No. 2:18-cv-00818-JLR

[PROPOSED] ORDER OF DISMISSAL OF DEFENDANT DAYMON WORLDWIDE, INC.

The parties having stipulated that Plaintiff's claims against Defendant Daymon Worldwide, Inc. in the above-entitled matter be dismissed with prejudice and without additional fees, costs, or payments of any other sums of any kind or description; and the Court being fully advised in the premises; now, therefore,

IT IS HEREBY ORDERED that Defendant Daymon Worldwide, Inc. in the above-entitled matter be dismissed with prejudice and without costs.

DATED: 5 September 2018

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

ORDER OF DISMISSAL OF DEFENDANT DAYMON WORLDWIDE, INC. - 1
No. 2:18-cv-00818-JLR
120192.0187/7397320.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

1  Presented by:

2  LANE POWELL PC

3

4  By *s/Charles C. Huber*
       D. Michael Reilly, WSBA No. 14674
5      Charles C. Huber, WSBA No. 18941
   Attorneys for Defendants

6
   LEPLEY LAW FIRM
7

8  By *s/Patrick H. LePley per email authorization*
       Patrick H. LePley, WSBA No. 7071
9  Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER OF DISMISSAL OF DEFENDANT DAYMON
WORLDWIDE, INC. - 2
No. 2:18-cv-00818-JLR

120192.0187/7397320.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107