# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MITCHELL RATH,<br><br>                Plaintiff,<br>   v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>                Defendant. | CASE NO. C18-0818JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court is in receipt of the parties' Stipulated Proposal for Scheduled Resolution (Dkt. # 13). Having reviewed the proposal, the court sets the following schedule: the parties' opening briefs regarding summary judgment are due by December 11, 2018. The parties' responsive briefs are due by January 15, 2019. No replies may be filed, and no brief shall exceed 30 pages. The court directs counsel to note their cross motions for

summary judgment on the court's docket for January 15, 2019.  The court reserves scheduling oral argument on the parties' briefing at this time.

Filed and entered this 6th day of September, 2018.

>WILLIAM M. MCCOOL
>Clerk of Court
>
>s/ Ashleigh Drecktrah
>Deputy Clerk