THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MITCHELL RATH,

        Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, a foreign corporation; and DAYMON WORLDWIDE, INC., as plan sponsor and administrator, a foreign corporation,

        Defendants.

Case No. 2:18-cv-00818-JLR

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO FILE ADMINISTRATIVE RECORD UNDER SEAL

THIS MATTER having come before the Court on the parties' Stipulated Motion to File Administrative Record Under Seal (Dkt. #16) and the Court having found good cause for the requested relief,

IT IS HEREBY ORDERED that the parties' Stipulated Motion to File Administrative Record Under Seal (Dkt. #16) is hereby GRANTED and the administrative record may be filed under seal.

It is so Ordered.

DATED: December 7, 2018

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING STIPULATED MOTION TO FILE
ADMINISTRATIVE RECORD UNDER SEAL - 1
No. 2:18-cv-00818-JLR

120192.0187/7511098.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

Presented by:

LANE POWELL PC

By _s/Charles C. Huber_
   D. Michael Reilly, WSBA No. 14674
   Charles C. Huber, WSBA No. 18941
Attorneys for Defendant Life Insurance Company of North America

LEPLEY LAW FIRM

By _s/Patrick H. LePley per email authorization_
   Patrick H. LePley, WSBA No. 7071
Attorneys for Plaintiff

ORDER GRANTING STIPULATED MOTION TO FILE ADMINISTRATIVE RECORD UNDER SEAL - 2
No. 2:18-cv-00818-JLR
120192.0187/7511098.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107