UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MITCHELL RATH, <br><br> Plaintiff, <br> v. <br><br> LIFE INSURANCE COMPANY OF NORTH AMERICA, <br><br> Defendant. | CASE NO. C18-0818JLR <br><br> ORDER ON PARTIES' NOTICE OF SETTLEMENT |

Based on the parties' notice of settlement (Not. (Dkt. # 23)), the court hereby SUSPENDS the case schedule for 30 days. The court ORDERS the parties to notify the court when the settlement is final and file a stipulation and order of dismissal at that time. The court further DIRECTS the Clerk to remove from the court's calendar Plaintiff Mitchell Rath's motion for judgment (Dkt. # 19) and Defendant Life Insurance Company

//

//

of North America's motion for judgment (Dkt. # 20). The court will re-note the motions if the parties fail to finalize their settlement within 30 days.

Dated this 27th day of March, 2019.

The Honorable James L. Robart
U.S. District Court Judge