THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MITCHELL RATH,<br><br>              Plaintiff,<br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a foreign corporation; and DAYMON WORLDWIDE, INC., as plan sponsor and administrator, a foreign corporation,<br><br>              Defendants. | Case No. 2:18-cv-00818-JLR<br><br>**ORDER OF DISMISSAL** |

The parties having stipulated that Plaintiff's claims against Defendant Life Insurance Company of North America in the above-entitled matter be dismissed with prejudice and without additional fees, costs, or payments of any other sums of any kind or description; and the Court being fully advised in the premises; now, therefore,

IT IS HEREBY ORDERED that the above-entitled matter be and the same is dismissed with prejudice and without costs.

DATED: April 4, 2019

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

ORDER OF DISMISSAL - 1
No. 2:18-cv-00818-JLR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

120192.0187/7628869.1

1  Presented by:

2  LANE POWELL PC

3

4  By *s/Charles C. Huber*
      D. Michael Reilly, WSBA No. 14674
5     Charles C. Huber, WSBA No. 18941
   Attorneys for Defendants

6
   LEPLEY LAW FIRM
7

8  By *s/Patrick H. LePley per email authorization*
      Patrick H. LePley, WSBA No. 7071
9  Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER OF DISMISSAL - 2
No. 2:18-cv-00818-JLR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

120192.0187/7628869.1